```
                                        FILED
                                   Oct 15  I  03 PM '03
         UNITED STATES DISTRICT COURT
                                   U.S. DISTRICT COURT
                   FOR THE         NEW HAVEN, CONN.
            DISTRICT OF CONNECTICUT
```

| | | |
|---|---|---|
| GREGORY ATTERBERRY | : | CIVIL ACTION |
|    Plaintiff | : | FILE NO. 3:02CV14901(PCD) |
| v. | : | |
| | : | |
| IKON OFFICE SOLUTIONS, INC. | : | |
|    Defendant | : | OCTOBER 14, 2003 |

### NOTICE OF SERVICE OF PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO STRIKE

In accordance with the Court's Supplemental Order Regarding Motion Filing Procedure Before Judge Dorsey, the Plaintiff hereby submits this Notice of Service stating that on October 14, 2003, Plaintiff's Objection to Defendant's Motion to Strike and Memorandum of Law in support thereof were served via hand delivery to Defendant by the undersigned.

PLAINTIFF

By *[signature]*
Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
Tel. (860) 278-0200
His Attorneys

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was hand delivered this date to:

Michael G. Petrie, Esq.
Jackson Lewis LLP
55 Farmington Avenue
Suite 1200
Hartford, CT  06105

_____
Joseph A. Moniz

2