UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY ATTERBERRY : | |
| Plaintiff, : | |
| : | Civil No. 3:02CV14901(PCD) |
| v. : | |
| : | |
| IKON OFFICE SOLUTIONS, INC., : | September 26, 2003 |
| Defendant. : | |

### DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT

Pursuant to the Federal Rules of Civil Procedure and Local Rule 7, the Defendant, IKON Office Solutions, Inc., ("Defendant") respectfully moves to this Court for an order striking Plaintiff's expert witness.  Pursuant to the Scheduling Order entered by this Court on November 8, 2002, the deadline for completing all discovery, including disclosure of expert witnesses was May 8, 2003.  Plaintiff did not disclose an expert witness until September 2, 2003, nearly four months after the deadline.  Despite being aware of the deadline, Plaintiff served his disclosure of expert witness well outside the time period for conducting discovery and therefore, such disclosure is untimely and in violation of the Court's pretrial deadlines.  The deadlines set forth in the Court's scheduling order may not be modified except upon showing of good cause.  Plaintiff has failed to either request a modification of the deadlines or show good cause to support such a request.  Plaintiff's disclosure of an expert witness at this late date absent good cause for the delay constitutes an abuse of the rules of procedure and results in unnecessary harassment and prejudice against Defendant.  Accordingly, Defendant moves this Court for an order striking Plaintiff's expert witness.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Defendant's memorandum of law in support of the foregoing Motion to Strike Plaintiff's Expert is attached and filed herewith.

WHEREFORE, Defendant hereby moves this Court for an order striking Plaintiff's expert witness.

DEFENDANT,
IKON OFFICE SOLUTIONS, INC.,

By: _____
Michael G. Petrie (ct 22789)
William J. Anthony (ct 17865)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT  06105
(860) 522-0404

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by U.S. mail, postage prepaid, on this 26th day of September, 2003, to the following counsel of record:

> Joseph A. Moniz, Esq.
> Moniz, Cooper & McCann, LLP
> 100 Allyn Street
> Hartford, CT 06103
> 860-278-0200

_____
Michael G. Petrie

H:\Client Folder\I\Ikon Office Solutions\Atterberry\Pld\motion to strike pl's expert.DOC