UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| GREGORY ATTERBERRY<br>Plaintiff, | : | |
| | : | CIVIL NO.: 3:02CV14901(PCD) |
| v. | : | |
| | : | |
| IKON OFFICE SOLUTIONS, INC.,<br>Defendant. | : | JANUARY 8, 2004 |
| | : | |

## DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT ON DEFAULT

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Defendant IKON

Office Solutions, Inc. ("IKON"), by its attorneys, Jackson Lewis, LLP, submits this Motion for

Entry of Judgment on Plaintiff Gregory Atterberry's default.   In support of this motion,

Defendant's memorandum of law is filed herewith.

WHEREFORE, IKON respectfully requests that this Court grant its Motion for

Judgment on Default.

DEFENDANT,
IKON OFFICE SOLUTIONS, INC.,


By: _____
William J. Anthony (ct 17865)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT  06105
(860) 522-0404
*anthonyw@jacksonlewis.com*

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via certified and first class mail on this 8th day of January, 2004, to the following counsel of record:

Joseph A. Moniz, Esq.
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103

Certified Mail No. 4645 8826

_____
William J. Anthony