UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Gregory Atterberry

V.

Ikon Office Solutions, Inc.

Case Number: 3:02 cv 1490 (PCD)

FILED
2004 FEB 10 P 4: 32
U.S. DISTRICT COURT
NEW HAVEN, CONN.

NOTICE TO COUNSEL
---------------------

The above-entitled case was reported to the Court on 2/10/04 to be settled.

Accordingly, an order of dismissal will be entered on February 20, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, February 10, 2004.

KEVIN F. ROWE, CLERK

By: _Patricia A. Villano_
Patricia A. Villano
Deputy Clerk