UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GREGORY ATTERBERRY

      vs                                          Civil No. 3:02 CV 1490 (PCD)

IKON OFFICE SOLUTIONS, INC.

## J U D G M E N T

Counsel reported to the Court on February 10, 2004 that the above-entitled case had settled. A Local Rule 16(b) notice of dismissal, document [51], was issued on February 10, 2004, informing the parties that the case would be automatically dismissed as of February 20, 2004 should closing papers not be filed with the Court prior to that date;

As of this date, a check of the docket reflects no closing papers as having been filed, nor any requests to extend the time within which to file said documents;

It is hereby ORDERED that this action be and is hereby dismissed pursuant to Local Rule 16(b), without costs and without prejudice to the right of any parties to move within thirty (30) days to re-open the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 10th day of March, 2004.

KEVIN F. ROWE, CLERK

BY /s/_____
        Patricia A. Villano
        Deputy Clerk

EOD: _____