UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGORY ATTERBERRY | : | CASE NO. 3:02 CV 1490 (PCD) |
| V. | : | |
| IKON OFFICE SOLUTIONS, INC. | : | MARCH 12, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the PLAINTIFF, GREGORY ATTERBERRY, in the above-captioned matter, as the undersigned left his employment with Moniz Cooper & McCann, LLP over one year ago in February, 2003, and since been in the employ of Kahan, Kerensky & Capossela, LLP. The undersigned believed that said withdrawal had been filed with this Court at about the same. To the best of my knowledge, the Plaintiff has been at all times since February, 2003 and throughout this matter represented by Attorney Joseph Moniz of Moniz Cooper & McCann, LLP, who has an appearance of record with this Court.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

PLAINTIFF, GREGORY ATTERBERRY

BY *[signature]*
Samuel T.D. Neves, Jr. of
Kahan, Kerensky & Capossela, LLP
45 Hartford Turnpike
P.O. Box K
Vernon, CT 06066-2181
Sneves@kkc-law.com
Federal Bar No. Ct22283