## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGORY ATTERBERRY : | |
| : | |
| VS. : | CASE NO. 3:02CV1490 (PCD) |
| : | |
| IKON OFFICE SOLUTIONS, INC. : | |

## ENDORSEMENT ORDER

The Motion to Withdraw Appearance, document no. 53, is GRANTED.

SO ORDERED.  Dated at New Haven, Connecticut, this 23rd day of March, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court